UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Sophio Tsuladze, individually and on behalf of
all others similarly situated,

                    Plaintiff,                    JUDGMENT

    v.

                                                 21-cv-02478-KAM-CLP

Valentine & Kebartas, LLC, and LVNV
Funding LLC,

                    Defendants.
-----------------------------------------------------------------X

        An Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on August 20, 2021, dismissing this action against Defendants with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure; it is

        ORDERED and ADJUDGED that this action is dismissed against Defendants is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated:  Brooklyn, New York                           Douglas C. Palmer
         August 20, 2021                               Clerk of Court

                                                By:    */s/Jalitza Poveda*
                                                          Deputy Clerk